OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
3/25/2015 **PRIVATE USE**

RTS

US POSTAGE
PITNEY BOWES

02 1R      $ 00.26⁵
0006557458   APR 06 2015

SOWELS, LARRY GENE   Tr. Ct. No. W89-83048-U (B) FILED FROM ZIP **WR-59,174-03**

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

LARRY GENE SOWELS
EASTHAM UNIT - TDC #527155
P. O. BOX 16
LOVELADY, TX  75851

Disch

UTF

N3B  75851